CHARLES B. GREENE
ATTORNEY AT LAW
84 W. SANTA CLARA STREET SUITE 770
SAN JOSE, CALIFORNIA 95113
(408) 279-3518
STATE ID # 56275
Attorney for Debtor

**The following constitutes
the order of the court. Signed June 30, 2009**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No.: 09-53506 rle |
| PACIFIC PREPAY TELECOM, INC., | Chapter 11 |
| Debtor. | ORDER APPROVING APPLICATION TO EMPLOY SPECIAL COUNSEL |
| | (No hearing unless requested) Judge Roger L. Efremsky |

THE COURT, having considered the Debtor's Application for Employment of Special Counsel to Debtor; the Supporting Declaration of Brian H. Song, and good cause having been shown;

IT IS HEREBY ORDERED that:

1. Brian H. Song, attorney at law, is hereby appointed as special counsel to Debtor with regard to the matter involving Pacific Prepay Telecom, Inc. v. California Alliance Telecard, Inc., and Total Call International, Inc. et. al., San Mateo Superior Court civil action case no. CIV464380.

2. Prior to the payment of any fees and costs incurred by Mr. Song on behalf of services rendered to the Debtor, there must be an application submitted to the Bankruptcy Court and a noticed hearing seeking approval for the payment of any fees and costs incurred.

**END OF ORDER**

COURT SERVICE LIST

U.S. Trustee - San Jose
280 S. First Street #268
San Jose, CA 95113

ORDER APPROVING APPLICATION TO APPOINT SPECIAL COUNSEL TO DEBTOR
Case: 09-53506    Doc# 23    Filed: 06/30/09    Entered: 07/01/09 11:45:38    Page 2 of 2

2